NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1482
(Serial No. 09/822,261)

## IN RE WILLIAM A. KNAUS and RICHARD D. MARKS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

- - - - - - - - - - - - - - - - - - - - -

2009-1581
(Serial No. 09/816,152)

## IN RE WILLIAM A. KNAUS and RICHARD D. MARKS

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion to treat these cases as companion cases for purposes of oral argument,

IT IS ORDERED THAT:

The motion is granted. The cases will be argued consecutively before the same merits panel.

JAN 0 4 2010
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   James Remenick, Esq.
      Raymond T. Chen, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK